PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
3:15-CR-00451-L (1)

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Jason Martin Burk** | Northern District of Texas | Dallas Division |

**NAME OF SENTENCING JUDGE**
The Honorable Sam A. Lindsay, United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/24/2023 | 03/23/2026 |

**OFFENSE**
Conspiracy To Possess with Intent To Distribute A Controlled Substance, in violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(C)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Jason Burk has been supervised in the District of Kansas since November 1, 2023. He a stable residence, no ties to the Northern District of Texas, and he intends to remain in the District of Kansas throughout his term of supervision. No issues of compliance with his conditions of supervision have been reported.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Kansas    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 29, 2025
*Date*

*s/ Sam A. Lindsay*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF    Kansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 31, 2025
*Effective Date*

s/ *Toby Crouse*
*United States District Judge*

1